# EXHIBIT A

Case 1:19-cv-03685-TSC   Document 2-1   Filed 12/10/19   Page 2 of 21



**UNITED STATES POSTAL SERVICE®**

Date Received at Step B (MM/DD/YYYY)

**USPS-NALC Joint Step A Grievance Form**

**INFORMAL STEP A — NALC Shop Steward Completes This Section** (See instructions on page 2.)

1. Grievant's Name (Last, first, middle initial): **CLASS ACTION**
2. Grievant's Telephone No. (Include area code):
3. Seniority Date (MM/DD/YYYY):
4. Status (Check one): ☑ FT  ☐ FTF  ☐ PTR  ☐ PTF  ☑ CCA
5. Grievant's Employee Identification Number (EIN):
6. District, Installation, Work Unit, ZIP Code®: **Main Kingsport Installation 37664, 63, 65, 60**
7. Finance No.: **474596**
8. NALC Branch No.: **1999**
9. NALC Grievance No.: **18-FCMK1-18**
10. Incident Date (MM/DD/YYYY): Ongoing
11. Date Discussed With Supervisor (Filing date): **8-7-2018**
12a. Companion MSPB Appeal? ☐ Yes ☑ No
12b. Companion EEO Appeal? ☐ Yes ☑ No
13a. Supervisor's Printed Name, Initials, and Telephone No.: Phillip Benton  PB  423-230-6306
13b. Steward's Printed Name, Initials, and Telephone No.: Darren J. Dalton  DSD  292-0487

**FORMAL STEP A — Formal Step A Parties Complete This Section** (See instructions on page 2.)

14. USPS Grievance No.: Obtain prior to Formal Step A meeting.
15. Issue Statement: Provide contract provision(s) and frame the issue(s).
**SEE ATTACHED**

16. Undisputed Facts: List and attach all supporting documents. Use additional paper if necessary.   Attachments? ☐ No ☑ Yes  Number ____
**See Attached**

17. UNION'S full, detailed statement of disputed facts and contentions: List and attach all supporting documents. Use additional paper if necessary.   Attachments? ☐ No ☑ Yes  Number ____
**See Attached**

18. MANAGEMENT'S full, detailed statement of disputed facts and contentions: List and attach all supporting documents. Use additional paper if necessary.   Attachments? ☐ No ☐ Yes  Number ____

19a. Union Representative: Enter the remedy requested by the union.
The parties agree that DUANE ALLEN, LISA Fortner, PHIL BENTON. WILL Complete the TACS USER TRAINING NO LATER THAN 8/31/18 AND provide the UNION Certification of Completion.

19b. Settlement Offer: List any settlement offers by either party on page 3.
20. Disposition (Check one): ☑ Resolved  ☐ Withdrawn  ☐ Not Resolved   Date of Formal Step A Meeting (MM/DD/YYYY):
21a. USPS Representative's Name: DUANE ALLEN
21b. Telephone No.: 423-230-6308
21c. USPS Representative's Signature: Duane Allen
21d. Date: 8-14-18
22a. NALC Representative's Name: Shawn Stout
22b. Telephone No.: 423-418-0930
22c. NALC Representative's Signature: SL SA
22d. Date: 8-14-18

PS Form **8190**, March 2016 (Page 1 of 3)  PSN 7510-05-000-4168