# EXHIBIT B

 

# STEP B DECISION

| | | |
|---|---|---|
| STEP B TEAM:<br>**Tennessee** | Decision:<br>USPS Number:<br>Grievant:<br>Branch Grievance #:<br>Branch:<br>Installation:<br>Delivery Unit:<br>State:<br>Incident Date:<br>Informal Step A Initiated:<br>Formal Step A Meeting Date:<br>Date Received at Step B:<br>Step B Decision Date:<br>Issue Code:<br>NALC Code: | **RESOLVED**<br>C16N-4C-C 19019432<br>Class Action<br>18-FCMK2-18<br>1999<br>Kingsport<br>Post Office<br>Tennessee<br>Ongoing<br>10/02/2018<br>11/01/2018<br>11/13/2018<br>11/27/2018<br>15.3000, 15.3200<br>505011 |

Monica Lucas, USPS
Paul F Glavin, NALC

District Grieving:
**Tennessee**

### ISSUE:

Did Management violate Article 15, Section 3A, and Article 19, via Postal Service Policy Letter (M-01517) of the National Agreement by failing to comply with the grievance resolution/settlement dated 06/06/2018 for Grievance #11-FDMK-4-18 and local grievance settlement dated 8/14/2018 for Grievance #18-FCMK1-18 at the Main Kingsport Installation? If so, what is the appropriate remedy?

### DECISION:

The Dispute Resolution Team (DRT) has **RESOLVED** this grievance. The DRT agrees Management failed to comply with a Formal Step A settlement agreement as well as Step B Decision C16N-4C-C 18221124 when they failed to provide the Union documentation revealing Kingsport Management officials received TACS training. Management of the Kingsport Installation is issued a cease and desist in the failure to comply with grievance settlements. Management of the Kingsport Installation is issued an additional cease and desist regarding the failure to provide information requested which is relevant to the investigation and processing of a possible grievance. Management will provide the Union with documentation relative to the required TACS training within seven (7) days of receipt of this decision. Failure to comply with this subject resolution may result in the Union's request for escalating remedies to ensure compliance.

### EXPLANATION:

The Union contends Management violated the National Agreement when they failed to comply with the resolutions for Branch grievance #11-FDMK-4-18 and 18-FCMK1-18 for the Kingsport Installation Main Post Office. The resolutions instructed Management to be trained on the use of TACS and to provide a copy of this completed training to the Union immediately upon request. It also instructed the Formal Step A parties to jointly identify and ensure monetary compensation to any carrier who suffered loss of pay incurred by the improper time keeping by Management in the Kingsport Post Office as well as make sure they have been placed on the appropriately assigned route in TACS. Branch President Shawn Stout

1

requested a copy of the completed training and has received nothing in return from Postmaster Susie Whittington. The Union has also requested verification from Management regarding carriers being placed in TACS to their appropriate bid assignments being completed. A carrier being assigned to the inappropriate route or T-6 string hinders the ability of the Union to represent carriers in the grievance procedure. The history of non-compliance by Management in the Kingsport Installation has risen to the level of 'egregious' and therefore the Union requests that Management be instructed to cease and desist this behavior and to further ensure compliance, award all carriers in the Kingsport Installation a lump sum equal to $10 until these settlements have been complied with.

Management included the following contentions:

Management in the Kingsport Installation agrees with the union that the TACS training did not occur before the agreed upon date. The training was conducted by the District in a classroom setting and we scheduled the training as soon as it was offered. Management does not agree that monetary damages are appropriate as no city carriers suffered a real or imagined monetary loss due to the delay in training.

The case file contains a copy of the Step B decision for grievance C16N-4C-C 18221124 (Union grievance number 11-FDMK-4-18) which reads as follows:

> The DRT has **RESOLVED** this grievance. The DRT determines Management violated the National Agreement when they failed to ensure timekeeping procedures in the Kingsport Post Office were in compliance with the applicable handbooks and manuals. The Step B Team agrees Management will cease and desist this practice and that all Management in the Kingsport Post Office will be retrained on the use of TACS immediately upon receipt of this decision. A copy of the completed training will be provided to the Union immediately upon request. The DRT also agrees the parties will jointly review the TACs reports included in the grievance file and will compensate any letter carrier who received a loss of pay incurred by the improper time keeping procedures in the Kingsport Post Office. Management will also immediately place all full time carriers in the Kingsport Installation on the appropriate assigned route in TACS and will ensure that operational changes in the Kingsport Post Office are done in compliance with the M-32 Handbook.

The DRT notes there is no dispute between the parties the required TACS training did not occur before the agreed upon date and the DRT agrees Management has provided no evidence to the Union to verify it has been completed as the parties agreed in the Step B Decision for C16N-4C-C 18221124.

The case file includes a Union request for information dated June 20, 2018 and received by Postmaster Susie Whittington requesting the following:

> Verification of TACS training completed by ALL of Management in the Kingsport Installation as per Step B decision C16N-4C-C 1822124.

The case file contains a copy of a Formal Step A Settlement for Union grievance number 18-FCMK1-18 signed on August 14, 2018 and reads as follows:

> The parties agree that Duane Allen, Lisa Fortner, Phil Benton will complete the TACS user training no later than August 31, 2018 and provide the Union certification of completion.

The Union includes the following Steward's statement relevant to the above cited settlement:

> During a meeting with Postmaster Susie Whittington we discussed Local Grievance 18-FCMK2-18 [sic] specifically the dates that supervisors completed their training; during this discussion the Postmaster told me that Supervisor Lisa Fortner was the last one to complete her TACS training and the date of completion was October 2, 2018. The Postmaster said she would print out a completion paper with the dates on it that I never received.

The DRT reminds the parties of the Memorandum of Understanding, USPS Letter M-01517, which reads in relevant part as follows:

> **Compliance with arbitration awards and grievance settlements is not optional.** No manager or supervisor has the authority to ignore or override an arbitrator's award or a signed grievance settlement. Steps to comply with arbitration awards and grievance settlements should be taken in a timely manner to avoid the perception of non-compliance, and those steps should be documented.

Article 31.3 of the National Agreement reads in part as follows:

> "The Employer will make available for inspection by the Union all relevant information necessary for collective bargaining or the enforcement, administration or interpretation of this Agreement, including information necessary to determine whether to file or to continue the processing of a grievance under this Agreement. Upon the request of the Union, the Employer will furnish such information, provided, however, that the Employer may require the Union to reimburse the USPS for any costs reasonably incurred in obtaining the information. Requests for information relating to purely local matters should be submitted by the local Union representative to the installation head or designee..."

On page 31-2 of the Joint Contract Administration Manual (JCAM), the parties also agreed to the following:

> "Information. Article 31.3 provides that the Postal Service will make available to the union all relevant information necessary for collective bargaining or the enforcement, administration or interpretation of the Agreement, including information necessary to determine whether to file or to continue the processing of a grievance."

The DRT instructs Management of their obligation to remain in compliance with the provisions of Article 31 of the National Agreement. The instructions and mandates in the above articles are obligational and mandated responsibilities.

The Dispute Resolution Team (DRT) has **RESOLVED** this grievance. The DRT agrees Management failed to comply with a Formal Step A settlement agreement as well as Step B Decision C16N-4C-C 18221124 when they failed to provide the Union documentation revealing Kingsport Management officials received TACS training. Management of the Kingsport Installation is issued a cease and desist in the failure to comply with grievance settlements. Management of the Kingsport Installation is issued an additional cease and desist regarding the failure to provide information requested which is relevant to the investigation and processing of a possible grievance. Management will provide the Union with documentation relative to the required TACS training within seven (7) days of receipt of this decision. Failure to comply with this subject resolution may result in the Union's request for escalating remedies to ensure compliance.

This grievance file contained the following documents:

(1) Extension Agreement, 2 pages
(2) PS Form 8190
(3) Union's Contentions, 4 pages
(4) Forma Step A Resolution
(5) Steward's Statement
(6) Union's Request for Information
(7) Step B Decision for C16N-4C-C 18221124, 6 pages
(8) Step B Decision for C16N-4C-C 17605543, 3 pages
(9) Step B Decision for C11N-4C-D 17461699, 6 pages
(10) Step B Decision for C11N-4C-C 17604804, 4 pages
(11) Step B Decision for C11N-4C-C 17496771, 4 pages
(12) Step B Decision for C16N-4C-C 18072878, 3 pages

(13) Page 2 of PS Form 8190
(14) Management's Contentions

In reaching the above decision, the DRT carefully reviewed each of the documents and placed the appropriate value to each as it applied to the issue in this grievance.

_Monica Lucas_ (signature)
Monica Lucas
USPS Step B Representative

_Paul F Glavin_ (signature)
Paul F Glavin
NALC Step B Representative

USPS Number: C16N-4C-C 19019484

Cc:   Steve Lassan, NALC NBA, Region 8
      Jill Miniard, Eastern Area Labor Relations Manager
      Michael Kulikowski, Eastern Area Labor Relations Representative
      Duane Allen, Management Formal A Representative
      Shawn Stout, NALC Formal A Representative
      Christopher Alexander, District Manager (A)
      Barbara Kirchner, District Human Resources Manager
      Nita Fournier, District Labor Relations Manager