3

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES POSTAL SERVICE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.:19-3685 |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO | ) ) ) ) | |
| Defendant. | ) ) ) | |

**PROPOSED ORDER**

Upon consideration of the Plaintiff United States Postal Service's Motion to Vacate Arbitration Award, and any opposition thereto, it is hereby

ORDERED, that the Motion to Vacate the Award is GRANTED.

SO ORDERED this the ___ day of _____, _____.

_____
Judge