AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States Postal Service | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-3685 |
| National Association of Letter Carriers, AFL-CIO | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association of Letter Carriers, AFL-CIO                                                                            .

Date:    12/11/2019                                             /s/ Victoria L. Bor
                                                                         *Attorney's signature*

                                                            Victoria L. Bor - DC Bar # 2888852
                                                                   *Printed name and bar number*
                                                                        Sherman Dunn, PC
                                                               900 Seventh Street, NW  Suite 1000
                                                                       Washington, DC  20001

                                                                                *Address*

                                                                      bor@shermandunn.com
                                                                            *E-mail address*

                                                                          (202) 785-9300
                                                                          *Telephone number*

                                                                          (202) 775-1950
                                                                              *FAX number*