# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------ x
```
UNITED STATES POSTAL SERVICE,                 :
                                              :
                            *Plaintiff,*      :
                                              :
                                              :     Case No.: 19-3685
       - v. -                                 :
                                              :
NATIONAL ASSOCIATION OF LETTER                :
CARRIERS, AFL-CIO,                            :
                                              :
                            *Defendant.*      :
```
------------------------------------------------------------ x
```

## DECLARATION OF NON-RESIDENT/NON-MEMBER ATTORNEY

Pursuant to Rule 83.2(d) of the United States District Court for the District of

Columbia, I declare the following:

1.      My name is Peter D. DeChiara.

2.      My office address is 900 Third Avenue, Suite 2100, New York, New York

10022 and my phone number is 212-356-0216.

3.      I am a member of the following bars:

      (a)      New York State Bar;
      (b)      United States District Court for the Southern District of New York;
      (c)      United States District Court for the Eastern District of New York;
      (d)      United States District Court for the Eastern District of Michigan;
      (e)      United States District Court for the Western District of Michigan;
      (f)      United States District Court for the District of Colorado;
      (g)      United States Court of Appeals for the Second Circuit;
      (h)      United States Court of Appeals for the Third Circuit;
      (i)      United States Court of Appeals for the Fourth Circuit;
      (j)      United States Court of Appeals for the Fifth Circuit;
      (k)      United States Court of Appeals for the Sixth Circuit;
      (l)      United States Court of Appeals for the Seventh Circuit;
      (m)      United States Court of Appeals for the Eighth Circuit;
      (n)      United States Court of Appeals for the Ninth Circuit;
      (o)      United States Court of Appeals for the Tenth Circuit;

1

    (p)  United States Court of Appeals for the Eleventh Circuit;

    (q)  United States Court of Appeals for the District of Columbia

Circuit; and

    (r)  Supreme Court of the United States.

  4.  I certify that I have not been disciplined by any bar.

  5.  I have been admitted *pro hac vice* to this Court once in the last two years. On September 6, 2019, I was admitted to the Court *pro hac vice* in the case *Nat'l Ass'n of Letter Carriers v. United States Postal Service*, 19-cv-02617.

  6.  I do not engage in the practice of law from an office located in the District of Columbia/I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

  I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Dated: New York, New York
   December 12, 2019

_____

Peter D. DeChiara
COHEN, WEISS and SIMON LLP
900 Third Avenue, Suite 2100
New York, NY 10022
212-356-0216
pdechiara@cwsny.com

*Counsel for Defendant National Association*
*of Letter Carriers, AFL-CIO*