# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
- ----------------------------------------------------------------x
UNITED STATES POSTAL SERVICE,                        :
                                                     :
                          Plaintiff,                 :
                                                     :      Case No. 19-3685
         - v. -                                      :
                                                     :
NATIONAL ASSOCIATION OF LETTER                       :
CARRIERS, AFL-CIO,                                   :
                                                     :
                          Defendant.                 :
- ----------------------------------------------------------------x
```

## PROPOSED ORDER

Upon consideration of the Motion of the National Association of Letter Carriers, AFL-CIO, to Permit Non-Resident/Non-Member Attorney Peter D. DeChiara to Appear *Pro Hac Vice,* and the accompanying Declaration, it is hereby Ordered that the Motion is GRANTED, and Peter D. DeChiara is granted permission to appear in this matter *pro hac vice.*

So Ordered, this _____ day of _____, 20___.

_____
Tanya S. Chutkan
U.S. District Judge