UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------x
UNITED STATES POSTAL SERVICE,                   :
                                                :
                        *Plaintiff*,            :
                                                :   Case No. 19-3685
        - v. -                                  :
                                                :
NATIONAL ASSOCIATION OF LETTER                  :
CARRIERS, AFL-CIO,                              :
                                                :
                        *Defendant.*            :
---------------------------------------------------------------------x

**MOTION OF THE NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,
TO PERMIT NON-RESIDENT/NON-MEMBER ATTORNEY
<u>JUDD E. COHEN TO APPEAR *PRO HAC VICE*</u>**

Pursuant to Rule 83.2(d) of the United States District Court for the District of Columbia, Defendant National Association of Letter Carriers, AFL-CIO ("NALC"), through counsel Victoria L. Bor, Esquire, moves the Court for an Order admitting Judd E. Cohen, Esquire, *pro hac vice* to the bar of this Court for the purpose of representing Defendant NALC in this matter only, and in support thereof states the following:

1. I am an attorney licensed to practice law in the United States District Court for the District of Columbia and am a partner at Sherman Dunn, P.C., 900 Seventh Street, N.W., Suite 1000, Washington, D.C. 20001.

2. Judd E. Cohen, Esquire, is an associate in the firm of Cohen, Weiss and Simon LLP, 900 Third Avenue, Suite 2100, New York, New York 10022.

3. Mr. Cohen is a member in good standing of the bars of the States for Minnesota and Oregon.

4. No disciplinary proceedings have been instituted against Mr. Cohen and he has not been suspended or disbarred by any court.

1

5. Mr. Cohen is seeking admission to the bar of the U.S. District Court of the District of Columbia *pro hac vice* pursuant to Rule 83.2(d) as to this matter only. His accompanying declaration is being filed herewith.

WHEREFORE, Defendant NALC, through counsel, Victoria L. Bor, Esquire, hereby requests that Judd E. Cohen, Esquire, be admitted *pro hac vice* to represent NALC in this matter.

Dated: December 12, 2019

Respectfully submitted,

/s/ Victoria L. Bor
Victoria L. Bor
D.C. Bar No. 288852
Sherman Dunn, P.C.
900 Seventh Street, N.W.
Suite 1000
Washington, D.C. 20001
(202) 785-9300
bor@shermandunn.com

*Counsel for Defendant, National Association of Letter Carriers, AFL-CIO*