UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES POSTAL SERVICE,

     *Plaintiff*,

 - v. -

NATIONAL ASSOCIATION OF LETTER
CARRIERS, AFL-CIO,

     *Defendant*.

Case No.: 19-3685

---

## DECLARATION OF NON-RESIDENT/NON-MEMBER ATTORNEY

Pursuant to Rule 83.2(d) of the United States District Court for the District of Columbia, I declare the following:

1. My name is Judd E. Cohen.

2. My office address is 900 Third Avenue, Suite 2100, New York, New York 10022 and my phone number is 212-356-0227.

3. I am a member of the following bars:

  (a) Minnesota State Bar;
  (b) Oregon State Bar.

4. I certify that I have not been disciplined by any bar.

5. I have never been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia/I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

1

01152943.1

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Dated: New York, New York
December 12, 2019

_____
Judd E. Cohen
COHEN, WEISS and SIMON LLP
900 Third Avenue, Suite 2100
New York, NY 10022
212-356-0227
jcohen@cwsny.com

*Counsel for Defendant National Association of Letter Carriers, AFL-CIO*