**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
- ------------------------------------------------------------------x
UNITED STATES POSTAL SERVICE,                  :
                                               :
                        Plaintiff,             :
                                               :       Case No. 19-3685
        - v. -                                 :
                                               :
NATIONAL ASSOCIATION OF LETTER                 :
CARRIERS, AFL-CIO,                             :
                                               :
                        Defendant.             :
- ------------------------------------------------------------------x
```

**PROPOSED ORDER**

Upon consideration of the Motion of the National Association of Letter Carriers, AFL-CIO, to Permit Non-Resident/Non-Member Attorney Judd E. Cohen to Appear *Pro Hac Vice,* and the accompanying Declaration, it is hereby Ordered that the Motion is GRANTED, and Judd E. Cohen is hereby granted permission to appear in this matter *pro hac vice*.

So Ordered, this _____day of _____, 20\_\_.

_____
Tanya S. Chutkan
U.S. District Judge