**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
- ------------------------------------------------------------------ x
UNITED STATES POSTAL SERVICE,                   :
                                                :
                                    Plaintiff,  :
                                                :       Case No. 19-3685
            - v. -                              :
                                                :
NATIONAL ASSOCIATION OF LETTER                  :
CARRIERS, AFL-CIO,                              :
                                                :
                                    Defendant.  :
- ------------------------------------------------------------------ x
```

## DEFENDANT's UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF's MOTION TO VACATE ARBITRATION AWARD

Defendant National Association of Letter Carriers, AFL-CIO ("NALC") respectfully moves this Court for an Order extending its time to respond to the December 10, 2019 Motion to Vacate Arbitration Award ("Motion to Vacate") of Plaintiff United States Postal Service ("USPS"). NALC requests that the deadline for its response to the Motion to Vacate be extended until February 10, 2020, to coincide with the deadline for its response to USPS's December 10, 2019 complaint.

NALC's counsel conferred with USPS's counsel regarding this motion and USPS's counsel stated that USPS has no opposition to the motion.

NALC has made no prior request for an extension of time in this action.

In support of this motion, NALC states as follows:

1. On December 10, 2019, USPS filed its complaint, seeking to vacate an arbitration award in NALC's favor. Docket Entry #1. On the same date, USPS filed its Motion to Vacate. Docket Entry #2.

2. Pursuant to Local Rule 7(b), NALC's Memorandum of Points and Authorities in opposition to the Motion to Vacate is due Christmas Eve, December 24. NALC's lead counsel will be on a pre-scheduled family vacation during the week of December 22-28.

3. USPS has sent NALC a waiver of service, which provides NALC with 60 days, or until February 10, 2020, in which to file its answer to the complaint. Counsel for USPS has advised that USPS consents to an extension of NALC's time to respond to the Motion to Vacate to the date that NALC's response to the complaint is due.

4. Time is not of the essence in this case, as USPS has not sought any emergency relief or filed a preliminary injunction motion, and USPS will not be prejudiced by the requested extension.

5. NALC accordingly respectfully requests that this Court grant its motion and extend the deadline for it to respond to the Motion to Vacate to February 10, 2020.

Respectfully submitted,

/s/ Victoria L. Bor
Victoria L. Bor
D.C. Bar No. 288852
Sherman Dunn, P.C.
900 Seventh Street, N.W. Suite 1000
Washington, D.C. 20001
202/785-9300
bor@shermandunn.com

*Counsel for NALC*

December 13, 2019