## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
- ------------------------------------------------------------------ x
UNITED STATES POSTAL SERVICE,            :
                                         :
                    Plaintiff,           :
                                         :         Case No. 19-3685
        - v. -                           :
                                         :
NATIONAL ASSOCIATION OF LETTER           :
CARRIERS, AFL-CIO,                       :
                                         :
                    Defendant.           :
- ------------------------------------------------------------------ x
```

## PROPOSED ORDER

Upon consideration of the unopposed Motion of Defendant National Association of Letter Carriers, AFL-CIO ("NALC") to extend the time for responding to the Motion to Vacate Arbitration Award ("Motion to Vacate") of Plaintiff United States Postal Service's ("USPS"), it is hereby Ordered that the Motion is GRANTED, and NALC's response to the Motion to Vacate is due on February 10, 2020.

So Ordered, this _____day of _____, 20__.

_____
Tanya S. Chutkan
U.S. District Judge