AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| <u>UNITED STATES POSTAL SERVICE</u><br>*Plaintiff*<br>v.<br><u>NATIONAL ASSOCIATION OF LETTER CARRIERS,</u><br>*Defendant* | )<br>)<br>)  Case No.   1:19-cv-03685-TSC<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association of Letter Carriers, AFL-CIO.

Date: 01/06/2020

/s/ Peter D. DeChiara
*Attorney's signature*

PETER D. DECHIARA (pro hac vice)
*Printed name and bar number*
COHEN, WEISS AND SIMON LLP
900 THIRD AVENUE, STE 2100
NEW YORK, NEW YORK 10022

*Address*

PDECHIARA@CWSNY.COM
*E-mail address*

(212) 563-4100
*Telephone number*

(646) 473-8216
*FAX number*