AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES POSTAL SERVICE ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-03685-TSC |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association of Letter Carriers, AFL-CIO.

Date:   01/27/2020

/s/ Judd E. Cohen
*Attorney's signature*

JUDD E. COHEN (pro hac vice)
*Printed name and bar number*

COHEN, WEISS AND SIMON LLP
900 THIRD AVENUE, STE 2100
NEW YORK, NEW YORK 10022

*Address*

JCOHEN@CWSNY.COM
*E-mail address*

(212) 563-4100
*Telephone number*

(646) 473-8227
*FAX number*