AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States Postal Service | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-3685 |
| National Association of Letter Carriers, AFL-CIO | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Association of Letter Carriers, AFL-CIO.

Date: 02/13/2020

s/ Lucas R. Aubrey
*Attorney's signature*

Lucas R. Aubrey - DC Bar # 982849
*Printed name and bar number*

Sherman Dunn, P.C.
900 Seventh Street, N.W., Suite 1000
Washignton, D.C. 20001
*Address*

aubrey@shermandunn.com
*E-mail address*

(202) 785-9300
*Telephone number*

(202) 775-1950
*FAX number*