# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,  *Plaintiff*,  - v. -  NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO,  *Defendant*. | Case No. 19-3685-TSC |

## PROPOSED ORDER

Upon consideration of the motion ("Motion") of Defendant and Counterclaim Plaintiff National Association of Letter Carriers, AFL-CIO ("NALC") to confirm and enforce the August 30, 2019 award of Arbitrator Lawrence Roberts in NALC Case No. 18-FCMK3-18 ("Award"), and upon consideration of the entire record in the case, the Court GRANTS the Motion, CONFIRMS AND ENFORCES the Award, and ORDERS that USPS shall comply with the Award forthwith.

_____
Tanya S. Chutkan
United States District Judge

Dated: _____

1153752.3