# EXHIBIT A

United States
Postal
Service

# NATIONAL AGREEMENT

## 2016-2019



National
Association
of Letter
Carriers
(AFL-CIO)

# TABLE OF CONTENTS
## 2016 NATIONAL AGREEMENT

| Subject | | Page |
|---|---|---|
| Preamble | | 1 |
| Article 1 | Union Recognition | 1 |
| Article 2 | Non-Discrimination and Civil Rights | 3 |
| Article 3 | Management Rights | 4 |
| Article 4 | Technological and Mechanization Changes | 5 |
| Article 5 | Prohibition of Unilateral Action | 6 |
| Article 6 | No Layoffs or Reduction in Force | 7 |
| Article 7 | Employee Classifications | 15 |
| Article 8 | Hours of Work | 18 |
| Article 9 | Salaries and Wages | 23 |
| Article 10 | Leave | 26 |
| Article 11 | Holidays | 29 |
| Article 12 | Principles of Seniority, Posting and Reassignments | 32 |
| Article 13 | Assignment of Ill or Injured Regular Workforce Employees | 50 |
| Article 14 | Safety and Health | 56 |
| Article 15 | Grievance-Arbitration Procedure | 64 |
| Article 16 | Discipline Procedure | 77 |
| Article 17 | Representation | 81 |
| Article 18 | No Strike | 86 |
| Article 19 | Handbooks and Manuals | 87 |
| Article 20 | Parking | 88 |
| Article 21 | Benefit Plans | 89 |
| Article 22 | Bulletin Boards | 90 |
| Article 23 | Rights of Union Officials to Enter Postal Installations | 91 |
| Article 24 | Employees on Leave with Regard to Union Business | 91 |
| Article 25 | Higher Level Assignments | 92 |
| Article 26 | Uniforms and Work Clothes | 94 |
| Article 27 | Employee Claims | 96 |
| Article 28 | Employer Claims | 97 |
| Article 29 | Limitation on Revocation of Driving Privileges | 99 |
| Article 30 | Local Implementation | 100 |
| Article 31 | Union-Management Cooperation | 103 |
| Article 32 | Subcontracting | 104 |
| Article 33 | Promotions | 105 |
| Article 34 | Work and/or Time Standards | 106 |
| Article 35 | Employee Assistance Programs | 108 |
| Article 36 | Credit Unions and Travel | 110 |
| Article 41 | Letter Carrier Craft | 111 |
| Article 42 | Energy Shortages | 126 |

Article 43 Separability and Duration  126

## Appendix A

Night Differentials .................................................................. 128

## Appendix B

Section I of the 2013 Das Award ........................................... 130

## Memorandums and Letters of Intent

Deaf and Hard of Hearing ......................................................... 140
Article 7, 12 and 13— Cross Craft and Office Size................ 143
Article 7.1 ................................................................................ 144
Article 7.3 ................................................................................ 144
Maximization/Full-time Flexible-NALC.................................. 145
Maximization—Letter of Intent................................................ 145
Transitional Employees-Additional Provisions....................... 147
Transitional Employees/Part-Time Flexible Conversions....... 151
FSS Implementation ................................................................ 154
FSS Work Methods................................................................... 155
Transitional Employees ........................................................... 156
Part-Time Flexible Conversions.............................................. 157
Part-Time Regular City Letter Carriers................................... 157
**CCA Conversion to Career Status............................................ 158**
**Full-time Regular Opportunities – City Letter Carrier Craft........ 159**
**Sunday Delivery – City Carrier Assistant Staffing............. 163**
Delivery and Collection of Competitive Products.................... 164
Article 8 ................................................................................... 165
Overtime Issues........................................................................ 167
Work Assignment Overtime ..................................................... 169
Article 8 Task Force ................................................................ 171
**Signing Overtime Lists............................................................ 171**
Granting Step Increases ........................................................... 172
**Conversion of CCAs with Creditable TE Service .............. 173**
**Step Credit for Former Transitional Employees................ 174**
**Pay Schedule Consolidation................................................... 175**
Leave Sharing .......................................................................... 176
Sick Leave for Dependent Care................................................ 177
Return to Duty .......................................................................... 178
Bereavement Leave................................................................... 178
Leave Policy ............................................................................ 179
Paid Leave and LWOP ............................................................. 180
Clarification of Regulations for National Day of Observance......... 180
PTF Court Leave....................................................................... 183
Transfers .................................................................................. 184
**City Carrier Assistant Transfers........................................... 188**
Mutual Exchanges.................................................................... 189
Involuntary Reassignment Without Regard to Level.............. 189

Involuntary Reassignment-Preference Eligible ...................... 190
**City Carrier Assistant Return from
      Non-Bargaining Unit Positions ........................................ 192**
**Article 12 Work Group ............................................................ 193**
Joint Safety and Accident Control Teams ............................... 193
District Safety Committees Pilot Program ............................. 194
**Smoking in Postal Vehicles .................................................... 195**
Interest on Back Pay ................................................................. 196
Article 15—ELM 436—Back Pay ........................................... 196
Article 15—Dispute Resolution Process ................................ 197
**Article 15 – Dispute Resolution Procedure Task Force ....... 202**
Arbitration Task Force .............................................................. 203
Processing of Post-Removal Grievances ................................. 204
Processing of Grievances .......................................................... 204
Dispute Resolution Process Testing ........................................ 205
Expedited Arbitration ............................................................... 206
**Arbitration Scheduling Procedures – (LMOU) ................... 207**
**LOI – Representation – Acting as Steward ........................... 208**
Article 17.7.D Payroll Deductions/Allotments ....................... 209
Article 19 .................................................................................... 209
Centralized Uniform Program ................................................. 212
**City Carrier Assistant Uniforms Task Force ...................... 213**
**Debts of Retired Employees ................................................... 214**
Reinstatement of Driving Privileges ........................................ 214
Local Implementation ............................................................... 216
Bargaining Information ............................................................. 218
Customer Connect Program ..................................................... 219
Article 32 Committee ................................................................ 219
Subcontracting ........................................................................... 220
Subcontracting MOU Issues ..................................................... 221
Article 41—Bid Process ............................................................ 222
**LOI – Opting Duration .......................................................... 222**
Router. Carrier Craft ................................................................. 223
Alternate Route Evaluation and Adjustment Process ............. 224
Special Count and Inspection— City Delivery Routes ........... 225
Training Committee ................................................................... 226
Multiple Days of Inspection ..................................................... 227
City Delivery Task Force .......................................................... 228
Use of Privately Owned Vehicles ............................................. 229
Segmentation ............................................................................. 230
Joint Agreements— 9-17-92 ..................................................... 233
Resolution of Issues Left Open by Mittenthal Award ............ 236
X-Routes ..................................................................................... 239
City Letter Carrier DPS Work Methods .................................. 244
Fleischli Award Implementation .............................................. 245
**Joint Workplace Improvement Process ............................... 246**
Subcontracting— List of 3,071 City Delivery Offices ............ 248

**Notes:**

1. **Bold Face Type** in the text indicates revised or new language. Bold Face Type in headings does not necessarily indicate change.

2. Cross-references to relevant Memorandums of Understanding and Letters of Intent are included in the text of the Agreement. The location of the cross-references is for the convenience of the reader, and in no way affects the content or intent of the Agreement, the memorandums, or the Letters of Intent.

3. **This agreement was ratified by the voting membership of the National Association of Letter Carriers on August 7, 2017.**

use; cleanup and disposal requirements for hazardous materials.

4.  All mailbags containing any hazardous materials, as defined in Publication 52, will be appropriately identified so that the employee handling the mail is aware that the mailbag contains one or more hazardous material packages.

5.  Personal protective equipment will be made available to employees who are exposed to spills and breakage of hazardous materials.

## Section 9. Field Federal Safety and Health Councils

In those cities where Field Federal Safety and Health Councils exist, one representative of the Union who is on the Local Safety and Health Committee in an independent postal installation in that city and who serves as a member of such Councils, will be permitted to attend the meetings. Such employee will be excused from regularly assigned duties without loss of pay. Employer authorized payment as outlined above will be granted at the applicable straight time rate, provided the time spent in such meetings is a part of the employee's regular work day.

(The preceding Article, Article 14, shall apply to City Carrier Assistant Employees.)

[see Memos, pages **193-195**]

# ARTICLE 15

## GRIEVANCE-ARBITRATION PROCEDURE

### Section 1. Definition

A grievance is defined as a dispute, difference, disagreement or complaint between the parties related to wages, hours, and conditions of employment. A grievance shall include, but is not limited to, the complaint of an employee or of the Union which involves the interpretation, application of, or compliance with the provisions of this Agreement or any local Memorandum of Understanding not in conflict with this Agreement.

## Section 2. Grievance Procedure—Steps

### Informal Step A

(a) Any employee who feels aggrieved must discuss the grievance with the employee's immediate supervisor within fourteen (14) days of the date on which the employee or the Union first learned or may reasonably have been expected to have learned of its cause. This constitutes the Informal Step A filing date. The employee, if he or she so desires, may be accompanied and represented by the employee's steward or a Union representative. During the meeting the parties are encouraged to jointly review all relevant documents to facilitate resolution of the dispute. The Union also may initiate a grievance at Informal Step A within 14 days of the date the Union first became aware of (or reasonably should have become aware of) the facts giving rise to the grievance. In such case the participation of an individual grievant is not required. An Informal Step A Union grievance may involve a complaint affecting more than one employee in the office.

(b) In any such discussion the supervisor shall have authority to resolve the grievance. The steward or other Union representative likewise shall have authority to resolve the grievance in whole or in part. The local parties are not prohibited from using the Joint Step A Grievance Form to memorialize a resolution reached at an Informal Step A Meeting. No resolution reached as a result of such discussion shall be a precedent for any purpose.

(c) If no resolution is reached as a result of such discussion, the Union shall be entitled to file a written appeal to Formal Step A of the grievance procedure within seven (7) days of the date of the discussion. Such appeal shall be made by completing the Informal Step A portion of the Joint Step A Grievance Form. At the request of the Union, the supervisor shall print his/her name on the Joint Step A Grievance Form and initial, confirming the date of the discussion.

### Formal Step A

(a) The Joint Step A Grievance Form appealing a grievance to Formal Step A shall be filed with the installation head or designee. In any associate post office of twenty (20) or less employees, the Employer shall designate an official outside

of the installation as the Formal Step A official, and shall so notify the Union Formal Step A representative.

(b) Any grievance initiated at Formal Step A, pursuant to Article 2 or 14 of this Agreement, must be filed by submitting a Joint Step A Grievance Form directly with the installation head within 14 days of the date on which the Union or the employee first learned or may reasonably have been expected to have learned of its cause.

(c) The installation head or designee will meet with the steward or a Union representative as expeditiously as possible, but no later than seven (7) days following receipt of the Joint Step A Grievance Form unless the parties agree upon a later date. In all grievances at Formal Step A, the grievant shall be represented for all purposes by a steward or a Union representative who shall have authority to resolve the grievance as a result of discussions or compromise in this Step. The installation head or designee also shall have authority to resolve the grievance in whole or in part.

(d) At the meeting the Union representative shall make a full and detailed statement of facts relied upon, contractual provisions involved, and remedy sought. The Union representative may also furnish written statements from witnesses or other individuals. The Employer representative shall also make a full and detailed statement of facts and contractual provisions relied upon. The parties' representatives shall cooperate fully in the effort to develop all necessary facts, including the exchange of copies of all relevant papers or documents in accordance with Articles 17 and 31. The parties' representatives may mutually agree to jointly interview witnesses where desirable to assure full development of all facts and contentions. In addition, in cases involving discharge either party shall have the right to present no more than two witnesses. Such right shall not preclude the parties from jointly agreeing to interview additional witnesses as provided above.

(e) Any resolution of a grievance in Formal Step A shall be in writing or shall be noted on the Joint Step A Grievance Form, but shall not be a precedent for any purpose, unless the parties specifically so agree or develop an agreement to dispose of

future similar or related problems. If the grievance is resolved, a copy of the resolution will be sent to the steward and supervisor who initially were unable to resolve the grievance.

(f) The Formal Step A decision is to be made and the Joint Step A Grievance Form completed the day of the meeting, unless the time frame is mutually extended. The Union may appeal an impasse to Step B within seven (7) days of the date of the decision.

(g) Additions and corrections to the Formal Step A record may be submitted by the Union with the Step B appeal letter within the time frame for initiating the Step B appeal with a copy to the management Formal Step A official. Any such statement must be included in the file as part of the grievance record in the case.

**Step B:**

(a) Any appeal from an unresolved case in Formal Step A shall be in writing to the Step B team at the appropriate Step B office, with a copy to the Formal Step A representatives, and will include a copy of the Joint Step A Grievance Form, and shall specify the reasons for the appeal.

(b) The Step B team will review the appeal and issue a joint report of the decision and any supporting findings within fourteen (14) days of receipt of the appeal at Step B unless the parties mutually agree to extend the fourteen (14) day period. The Step B team will give priority consideration to discussion and decision of removal cases. It is the responsibility of the Step B team to ensure that the facts and contentions of grievances are fully developed and considered, and resolve grievances jointly. The Step B team may 1) resolve the grievance 2) declare an impasse 3) hold the grievance pending resolution of a representative case or national interpretive case or 4) remand the grievance with specific instructions. In any case where the Step B team mutually concludes that relevant facts or contentions were not developed adequately in Formal Step A, they have authority to return the grievance to the Formal Step A level for full development of all facts and further consideration at that level. If the grievance is remanded, the parties' representatives at Formal Step A shall meet within seven (7) days after the

grievance is returned to Formal Step A. Thereafter, the time limits and procedures applicable to Formal Step A grievances shall apply.

(c) The written Step B joint report shall state the reasons in detail and shall include a statement of any additional facts and contentions not previously set forth in the record of the grievance as appealed from Formal Step A. The Step B team will attach a list of all documents included in the file.

(d) The Union's National Business Agent (NBA) or designee may appeal an impasse directly to arbitration at the Grievance/Arbitration Processing Center within fourteen (14) days after the receipt of the Step B impasse in accordance with the procedure hereinafter set forth.

(e) If either party's representative at Step B or the NBA or Employer's Area representative thereafter maintains that the grievance involves an interpretive issue under the National Agreement, or some supplement thereto which may be of general application, the issue will be discussed with the appropriate National Union/Management Representatives at the Headquarters Level. If either party's National Representative determines the issue to be interpretive, a written notice will be sent to the other party specifying in detail the facts giving rise to the dispute, the precise interpretive issues to be decided and the initiating party's contention. The grievance(s) shall be held at the Step B level pending discussion at the national level or the outcome of a National Arbitration award.

**Interpretive Step:**

In any interpretive dispute properly initiated at this Step by the appropriate National Union/Management Representative, the parties shall meet at the National level promptly, but in no event later than thirty (30) days after initiating such dispute in an effort to define the precise issues involved, develop all necessary facts and reach agreement. The Union representative shall have authority to resolve the dispute in whole or in part. The Employer's representative shall have authority to resolve the dispute in whole or in part. The parties' national representatives may, by mutual agreement, return any dispute to Step B

where (a) the parties agree that no national interpretive issue is fairly presented or (b) it appears that all relevant facts have not been developed adequately. In such event, the parties shall meet at Step B within fifteen (15) days after the dispute is returned to Step B. Thereafter the procedures and time limits applicable to Step B grievances shall apply. Should the parties at the National level fail to reach agreement, then within fifteen (15) days of such meeting each party shall provide the other with a statement in writing of its understanding of the issues involved, and the facts giving rise to the interpretive dispute. In the event the parties have failed to reach agreement within sixty (60) days of the initiation of the dispute, the Union then may appeal it to national arbitration within thirty (30) days thereafter. Any local grievances filed on the specific interpretive issue shall be held in abeyance at the appropriate level pending resolution of the national interpretive dispute.

### Section 3. Grievance Procedure—General

A. The parties expect that good faith observance, by their respective representatives, of the principles and procedures set forth above will result in resolution of substantially all grievances initiated hereunder at the lowest possible step and recognize their obligation to achieve that end. At each step of the process the parties are required to jointly review the Joint Contract Administration Manual (JCAM).

B. The failure of the employee or the Union in Informal Step A, or the Union thereafter to meet the prescribed time limits of the Steps of this procedure, including arbitration, shall be considered as a waiver of the grievance. However, if the Employer fails to raise the issue of timeliness at Formal Step A, or at the step at which the employee or Union failed to meet the prescribed time limits, whichever is later, such objection to the processing of the grievance is waived.

C. Failure by the Employer to schedule a meeting or render a decision in any of the Steps of this procedure within the time herein provided (including mutually agreed to extension periods) shall be deemed to move the grievance to the next Step of the grievance-arbitration procedure.

**Article 15.3.D**

D. Where the NBA believes that grievances involve the same, or substantially similar issues or facts, one such grievance to be selected by the NBA or designee shall be designated the "representative" grievance. The Area Manager, Labor Relations or designee will determine which, if any, of those grievances will be held for the designated representative case. If the Step B team needs to identify a representative grievance for similar disputes in its jurisdiction, it must forward a copy of the relevant case files to the appropriate NBA. The Step B team will place those grievances on hold only until such time as the NBA selects a representative case and the Area Manager, Labor Relations or designee determines which, if any, of those grievances are to be held pending resolution of the representative case. Where the NBA determines a representative case will not be selected, the Step B team will process the held grievances within fourteen (14) days of the NBA's decision. If not resolved at Step B, the "representative" grievance may be appealed to arbitration, or the issue may be referred to the parties' national representatives at the Headquarters level in accordance with the provisions of Article 15, Step B (e). A representative case appealed to arbitration will be placed ahead of other contractual appeals on the appropriate arbitration list.

E. Following resolution on the merits of the "representative" grievance, the parties involved in that grievance shall meet at Step B to apply the resolution to the other pending grievances.

F. It is agreed that in the event of a dispute between the Union and the Employer as to the interpretation of this Agreement, such dispute may be initiated at the national level by the President of the Union. Such a dispute shall be initiated in writing and must specify in detail the facts giving rise to the dispute, the precise interpretive issues to be decided and the contention of the Union. Thereafter the parties shall meet at the interpretive step within thirty (30) days in an effort to define the precise issues involved, develop all necessary facts, and reach agreement. Should they fail to agree, then, within fifteen (15) days of such meeting, each party shall provide the other with a statement in writing of its understanding of the issues involved, and the facts giving rise to such issues. In the

event the parties have failed to reach agreement within sixty (60) days of the initiation of the dispute at the interpretive step, the Union then may appeal it to arbitration, within thirty (30) days thereafter. Any local grievances filed on the specific interpretive issue shall be held in abeyance at the appropriate level pending resolution of the national interpretive dispute.

## Section 4. Arbitration

### A.   General Provisions

1.   A request for arbitration shall be submitted within the specified time limit for appeal.

2.   No grievance may be arbitrated at the National level except when timely notice of appeal is given the Employer in writing by the National President of the Union. No grievance may be appealed to Regular or Expedited arbitration except when timely notice of appeal is given in writing to the appropriate management official at the Grievance/Arbitration Processing Center by the certified representative of the Union. Such representative shall be certified to appeal grievances by the National President of the Union to the Employer at the National level.

3.   All grievances appealed to arbitration will be placed on the appropriate pending arbitration list in the order in which appealed. The Employer, in consultation with the Union, will be responsible for maintaining appropriate dockets of grievances, as appealed, and for administrative functions necessary to assure efficient scheduling and hearing of cases by arbitrators at all levels.

4.   In order to avoid loss of available hearing time, except in National level cases, back-up cases should be scheduled to be heard in the event of late settlement or withdrawal of grievances before hearing. The designated advocates will discuss the scheduled cases at least thirty (30) days prior to the scheduled hearing date, if possible. In

**Article 15.4.A.4**

the event that either party withdraws a case less than five (5) days prior to the scheduled arbitration date, and the parties are unable to agree on scheduling another case on that date, the party withdrawing the case shall pay the full costs of the arbitrator for that date. In the event that the parties settle a case or either party withdraws a case five (5) or more days prior to the scheduled arbitration date, the back-up case on the appropriate arbitration list shall be scheduled. If the parties settle a case less than five (5) days prior to the scheduled arbitration date and are unable to agree to schedule another case, the parties shall share the costs of the arbitrator for that date. This paragraph shall not apply to National level arbitration cases.

5. Arbitration hearings normally will be held during working hours where practical. Employees whose attendance as witnesses is required at hearings during their regular working hours shall be on Employer time when appearing at the hearing, provided the time spent as a witness is part of the employee's regular working hours.

6. All decisions of an arbitrator will be final and binding. All decisions of arbitrators shall be limited to the terms and provisions of this Agreement, and in no event may the terms and provisions of this Agreement be altered, amended, or modified by an arbitrator. Unless otherwise provided in this Article, all costs, fees, and expenses charged by an arbitrator will be shared equally by the parties.

7. All arbitrators on the Regular Panels and the Expedited Panels and on the National Panel shall serve for the term of this Agreement and shall continue to serve for six (6) months after the conclusion of the collective bargaining process for a successor Agreement, unless the parties otherwise mutually agree.

8.    Arbitrators on the National Panel and on the Regular and Expedited Panels shall be selected by the method agreed upon by the parties at the National Level.

9.    In any arbitration proceeding in which a Union feels that its interests may be affected, it shall be entitled to intervene and participate in such arbitration proceeding, but it shall be required to share the cost of such arbitration equally with any or all other Union parties to such proceeding. Any dispute as to arbitrability may be submitted to the arbitrator and be determined by such arbitrator. The arbitrator's determination shall be final and binding.

## B.   Arbitration - Regular

1.    At the Grievance/Arbitration Processing Center three (3) separate lists of cases to be heard in arbitration shall be maintained: (a) one for all removal cases and cases involving suspensions for more than 14 days, (b) one for all cases referred to Expedited Arbitration, and (c) one for all other cases appealed to Regular Arbitration. Separate panels will be established for scheduling (a) removal cases and cases involving suspensions for more than 14 days, (b) for all cases referred to Expedited Arbitration, and (c) for all other cases appealed to Regular Arbitration.

2.    Cases will be scheduled for arbitration in the order in which appealed, unless the Union and Employer otherwise agree.

3.    Only discipline cases involving suspensions of 14 days or less and those other disputes as may be mutually determined by the parties shall be referred to Expedited Arbitration in accordance with Section C hereof.

4.    Cases referred to arbitration, which involve removals or suspensions for more than 14 days,

73

**Article 15.4.B.4**

shall be scheduled for hearing at the earliest possible date in the order in which appealed.

5. If either party concludes that a case referred to Regular Arbitration involves an interpretive issue under the National Agreement or some supplement thereto which may be of general application, that party's representative shall request input from their appropriate National Representatives at the Headquarters level. If either party's representative at the Headquarters level determines the case is interpretive, a notice will be sent to the other party. The case will be held pending the outcome of the National interpretive dispute. If both parties' representatives determine the case does not involve an interpretive issue, the case, if already scheduled for arbitration, will be heard before the same arbitrator who was originally scheduled to hear the case. Further, if the hearing had convened, the case will continue at the same stage of arbitration.

6. The arbitrators on each Regular Panel shall be scheduled to hear cases on a rotating system basis, unless otherwise agreed by the parties.

7. Normally, there will be no transcripts of arbitration hearings or filing of post-hearing briefs in cases heard in Regular Arbitration, except either party at the National level may request a transcript, and either party at the hearing may request to file a post-hearing brief. However, each party may file a written statement setting forth its understanding of the facts and issues and its argument at the beginning of the hearing and also shall be given an adequate opportunity to present argument at the conclusion of the hearing.

8. The arbitrator in any given case should render an award therein within thirty (30) days of the close of the record in the case.

**C.   Arbitration - Expedited**

1.   The parties agree to continue the utilization of an expedited arbitration system for disciplinary cases of 14 days suspension or less which do not involve interpretation of the Agreement and for such other cases as the parties may mutually determine.

2.   If either party concludes that the issues involved are of such complexity or significance as to warrant reference to the Regular Arbitration Panel, that party shall notify the other party of such reference at least seven (7) days prior to the scheduled time for the expedited arbitration.

3.   The hearing shall be conducted in accordance with the following:

   a.   the hearing shall be informal;

   b.   no briefs shall be filed or transcripts made;

   c.   there shall be no formal rules of evidence;

   d.   the hearing shall normally be completed within one day;

   e.   if the arbitrator or the parties mutually conclude at the hearing that the issues involved are of such complexity or significance as to warrant reference to the Regular Arbitration Panel, the case shall be referred to that panel; and

   f.   the arbitrator may issue a bench decision at the hearing but in any event shall render a decision within forty-eight (48) hours after conclusion of the hearing. Such decision shall be based on the record before the arbitrator and may include a brief written explanation of the basis for such conclusion. These decisions will not be cited as a precedent. The arbitrator's decision shall be final and binding. An arbitrator who issues a bench decision shall furnish a written copy

of the award to the parties within forty-eight (48) hours of the close of the hearing.

4. No decision by a member of the Expedited Panel in such a case shall be regarded as a precedent or be cited in any future proceeding, but otherwise will be a final and binding decision.

## D. National Level Arbitration

1. Only cases involving interpretive issues under this Agreement or supplements thereto of general application will be arbitrated at the National level.

2. A docket of cases appealed to arbitration at the National level shall be maintained. The arbitrators on the National Panel shall be scheduled to hear cases on a rotating system basis, unless otherwise agreed by the parties. Cases on the docket will be scheduled for arbitration in the order in which appealed, unless the Union and Employer otherwise agree.

## Section 5. Administration

On a weekly basis, the Employer will furnish to the President of the Union or his/her designee an electronic spreadsheet detailing cases pending arbitration. This report will contain the following sortable fields or their equivalents:

a. **Area**
b. **Performance Cluster**
c. **Union**
d. **Appeal Step**
e. **Grievance Arbitration Tracking System Number**
f. **Local Union Grievance Number**
g. **Grievant**
h. **Finance Number**
i. **Installation Name**
j. **State**
k. **Issue Code**
l. **Issue Description**
m. **Received Date**
n. **Arbitration Class**
o. **Heard Indicator**

p.   **Grievance Type**
q.   **Discipline Code**
r.   **Discipline Type**

(The preceding Article, Article 15, shall apply to City Carrier Assistant Employees. Additional grievance procedure provisions regarding City Carrier Assistant Employees are found in Appendix B.)

[see Memos, pages **196-207**]

# ARTICLE 16

## DISCIPLINE PROCEDURE

### Section 1. Principles

In the administration of this Article, a basic principle shall be that discipline should be corrective in nature, rather than punitive. No employee may be disciplined or discharged except for just cause such as, but not limited to, insubordination, pilferage, intoxication (drugs or alcohol), incompetence, failure to perform work as requested, violation of the terms of this Agreement, or failure to observe safety rules and regulations. Any such discipline or discharge shall be subject to the grievance-arbitration procedure provided for in this Agreement, which could result in reinstatement and restitution, including back pay.

### Section 2. Discussion

For minor offenses by an employee, management has a responsibility to discuss such matters with the employee. Discussions of this type shall be held in private between the employee and the supervisor. Such discussions are not considered discipline and are not grievable. Following such discussions, there is no prohibition against the supervisor and/or the employee making a personal notation of the date and subject matter for their own personal record(s). However, no notation or other information pertaining to such discussion shall be included in the employee's personnel folder. While such discussions may not be cited as an element of prior adverse record in any subsequent disciplinary action against an employee, they may be, where relevant and timely, relied upon

77

(70) percent of the approved adjustment. If a disagreement exists over the amount due, the advance will be set at seventy (70) percent of the sum not in dispute.

**(The preceding Memorandum of Understanding, Article 15 - ELM 436 - Back Pay, applies to NALC City Carrier Assistant Employees.)**

\*         \*         \*

## MEMORANDUM OF UNDERSTANDING
## BETWEEN THE
## UNITED STATES POSTAL SERVICE
## AND THE
## NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO

### Re: Article 15 - Dispute Resolution Process

The NALC National Business Agents, Area Managers, Labor Relations and District Managers are responsible for ensuring that the Dispute Resolution Process is effective in all ways, including the timeliness of **grievance handling at all steps of the process.** All parties are expected to monitor the functioning of the **Dispute Resolution Process** and, generally, to assume a proactive role regarding the labor/management relationship. In the event the National Business Agent and District Manager or Area Manager, Labor Relations are unable to resolve any differences, the issue will be referred to the national parties for resolution, an event which is expected to be an infrequent occurrence. To facilitate this oversight responsibility, Step B Teams should **send a** copy **of each decision to the** respective National Business Agent and Area Manager, Labor Relations.

Additionally, in any district where there are more cases pending arbitration than can be arbitrated in a timely manner using the existing arbitration scheduling process, the appropriate Area Manager, Labor Relations and National Business Agent are responsible for ensuring an ongoing review of the backlogged cases in an effort to settle cases, select representative cases, reduce the backlog, and provide direction to the local parties.

The primary role of the Step B Dispute Resolution Team is to **address grievances** presented to them **in a timely manner,**

and to communicate the basis for the decision to the parties at **Formal** Step A, using a format agreed upon at the national level.

**With** the joint concurrence of the District Manager **or Area Manager, Labor Relations** and **the** National Business Agent, the Teams may be called upon to provide training and other assistance to the local parties. The national parties encourage the use of the Step B Dispute Resolution Teams to provide contract training throughout the district, especially when grievance activity suggests a lack of understanding of contract application or local responsibilities to address disputes in a timely manner. As noted above, however, the primary role of the Step B Dispute Resolution Team is to process and resolve disputes **in a timely manner**. No other secondary activities should be undertaken if the timely processing of grievances is negatively impacted.

The Step B Dispute Resolution Team (and back-up team) will be made up of one management representative and one union representative. Although the Postal Service and the NALC will each determine their own method of selection for Step B representatives, it is anticipated that the National Business Agents and District Managers **or Area Managers, Labor Relations** will discuss their separate recommendations for appointment to the Step B Dispute Resolution Teams prior to submitting recommendations.

Back-up Step B representatives will be designated for each Step B Dispute Resolution Team to provide coverage for vacations or other lengthy absences or, when warranted by the workload, to ensure timely grievance processing. Back-up teams also may be effectively utilized to provide training or such other assistance as may be agreed upon by the District Manager **or Area Manager, Labor Relations** and **the** National Business Agent.

The Step B Dispute Resolution Team is responsible to track and monitor its Step B workload. When the Step B Dispute Resolution Team believes its current workload exceeds its ability to render Step B decisions in a timely manner (within fourteen days of receipt of the Step B appeal), the Step B Dispute Resolution Team will contact the Area Manager, Labor Relations and the National Business Agent jointly.

The National Business Agent and the Area Manager, Labor Relations will determine jointly whether there is a need to activate back-up Step B representatives to address a backlog. If back-up activation is necessary the Area Manager, Labor Relations and the National Business Agent will determine the most efficient and effective way to ensure timely Step B processing. They will either:

1. Activate the back-up Step B Dispute Resolution Team without undue delay, normally within 48 hours, subject to availability. The back-up team will remain activated until the backlog is eliminated. For this purpose, "availability" means certified, employed by the Postal Service and fit for duty consistent with the provisions of this **memorandum**.

2. Send Step B appeals to another primary Step B Dispute Resolution Team under the jurisdiction of the Area Manager, Labor Relations and the National Business Agent if they determine that this Step B Dispute Resolution Team can handle the workload without causing the team's regular work to become untimely. If the National Business Agent and the Area Manager, Labor Relations do not agree that another primary Step B Dispute Resolution Team under their jurisdiction can handle the additional work without becoming untimely, the back-up team will be activated as provided above.

In the event the National Business Agent and the Area Manager, Labor Relations determine neither the back-up team nor another primary Step B Dispute Resolution Team under their jurisdiction is available for this additional work based on the above, the Area Manager, Labor Relations and the National Business Agent will activate another back-up Step B Dispute Resolution Team under their jurisdiction until the backlog is cleared.

If the National Business Agent and the Area Manager, Labor Relations are unable to identify a primary or backup Step B Dispute Resolution Team for this work, they will promptly contact and fully inform their respective parties at the headquarters level.

In the interest of providing stability and developing expertise, the parties expect that Step B representatives will serve for no less than 2 to 3 years, absent special circumstances **including, but not limited to,** retirement, promotion, relocation, **and** decertification.

Replacement or removal of any Step B representative from Step B duties prior to fulfillment of this expectation will be discussed in advance by the parties at the headquarters level.

Step B representatives will undergo a joint comprehensive training and certification program. Training and certification of Step B representatives (including back-up Step B representatives) is required before Step B representatives may assume their duties.

The national parties are jointly responsible for both the content and the delivery of the training and will meet at least once each calendar year to discuss training needs and schedule training sessions, if needed. The NALC and the Postal Service reserve the right to certify their respective nominees to serve as Step B representatives.

Step B Dispute Resolution Teams are responsible for issuing decisions that are fair and consistent with the contract and the Joint Contract Administration Manual (JCAM), and written in a manner that is both educational and informative. The national parties encourage the Step B Dispute Resolution Teams to jointly respond to questions concerning the proper interpretation or application of their decisions.

Step B teams are not responsible for building the grievance file. It is the responsibility of the parties at Step A to exchange documentary evidence and place copies in the file. However, a file lacking proper documentation should be remanded to the local level, or the Step B Dispute Resolution Team should jointly call the local parties with a request for the submission of specific information within a specific timeframe, whichever is more effective. The primary responsibility of the Step B team is making timely decisions on the merits of disputes.

Step B representatives will not be involved in arbitrations or other hearings involving letter carriers except as jointly approved by the Area Manager, Labor Relations and National Business Agent.

Step B representatives may not be subjected to instruction or coercion while carrying out their duties.

Unless alternate arrangements are agreed upon by the District Manager **or Area Manager, Labor Relations** and **the** National Business Agent, the Step B Dispute Resolution Teams will work at the District office. If the District Manager **or Area Manager, Labor Relations** and the National Business Agent agree to use an alternate location, any additional expenses will be shared equally by the local parties. The Step B Dispute Resolution Teams should be provided suitable office space, clerical support as typically provided in that office, **and suitable equipment (e.g. speakerphone,** computers, **access to a copy machine)** needed **by the team** to perform **its responsibilities**.

Concerns about the performance of a Step B representative may be forwarded to the national level by either the Area Manager, Labor Relations or the National Business Agent. When this occurs, the Vice President, Labor Relations, and the National President, NALC, or their designees, will review relevant evidence and determine jointly whether the subject of the complaint should be decertified from Step B responsibilities. In the event the parties are unable to agree on the issue of decertification, the matter will be submitted to mediation. If a Step B representative's original duty assignment becomes a holddown assignment, the NALC will not seek the conversion of a PTF employee to full time as a consequence of a PTF serving in that assignment and meeting the maximization criteria of Article 7.3.C or the Memorandum on Maximization.

Removal actions, subject to the thirty (30) day notification period in Article 16.5 of the National Agreement, will be deferred until after the Step B decision has been rendered, or fourteen (14) days after the appeal is received at Step B, whichever comes first, except for those removals involving allegations of crime, violence, or intoxication or cases where retaining the employee on duty may result in damage to postal property, loss of mails, or funds, or where the employee may be injurious to self or others, pursuant to Article 16.6 and 16.7.

The national parties will update the current JCAM **no less than** once during the **term** of the National Agreement.

*       *       *