# EXHIBIT D

PATRICK R. DONAHOE
Chief Operating Officer
and Executive Vice President


UNITED STATES
POSTAL SERVICE

May 31, 2002

VICE PRESIDENTS, AREA OPERATIONS
MANAGER, CAPITAL METRO OPERATIONS

SUBJECT: Arbitration Award Compliance

Headquarters is currently responding to union concerns that some field offices are failing to comply with grievance settlements and arbitration awards. While all managers are aware that settlements reached in any stage of the grievance/arbitration procedure are final and binding, I want to reiterate our policy on this subject.

Compliance with arbitration awards and grievance settlements is not optional. No manager or supervisor has the authority to ignore or override an arbitrator's award or a signed grievance settlement. Steps to comply with arbitration awards and grievance settlements should be taken in a timely manner to avoid the perception of non-compliance, and those steps should be documented.

Please ensure that all managers and supervisors in your area are aware of this policy and their responsibility to implement arbitration awards and grievance settlements in a timely manner.

Patrick R. Donahoe

cc: Managers, Human Resources (Area)

475 L'Enfant Plaza SW
Washington DC 20260-0080
www.usps.com