UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:19-3685 (TSC) |
| | ) | |
| NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF FILE REPLY**

Plaintiff, by and through undersigned counsel, moves for an extension of time for Plaintiff to file their response to Defendant's Opposition in this matter. As grounds for this motion, states as follows.

The undersigned counsel will be substantially preoccupied in preparing a response to a Temporary Restraining Order (taking over for the matter for an AUSA out of the office). Additionally, agency counsel will be largely unavailable and out of the office as well attending a week long arbitration. This confluence of events is compounded by the fact that Plaintiff's opposition contains over 40 pages and nearly 50 exhibits which will require considerable coordination with the agency to analyze. Accordingly, additional time is needed for the undersigned to submit any draft briefs for requisite agency and supervisory review prior to filing them with the Court.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend the deadline to March 9, 2020 for Plaintiff to file its Reply. Pursuant to Local Civil Rule 7(m), undersigned counsel has consulted with counsel for Defendant and Defendant does not object to the relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's request to enlarge Plaintiff' due date to respond to and including March 9, 2020.

A proposed order is attached.

Respectfully Submitted,

TIMOTHY J. SHEA
D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

/s
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington,D.C. 20530
(202) 252-2534