**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES POSTAL SERVICE,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NATIONAL ASSOCIATION OF LETTER  )<br>CARRIERS, AFL-CIO  )<br>)<br>Defendant.  )<br>) | Case No.:19-3685 (TSC) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for an Extension of Time, the merits therein, and for good cause shown, it is this _____ day of _____, 2020,

ORDERED that the Motion is granted, and it is

FURTHER ORDERED that the Plaintiff shall file its response to Defendant's Opposition motion on or before March 9, 2020.

SO ORDERED.

Date:_____                    _____
                                    United States District Judge