UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES POSTAL SERVICE**, <br><br> Plaintiff, <br><br> v. <br><br> **NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO**, <br><br> Defendant. | Civil Action No. 19-cv-3685 (TSC) |

## ORDER

For the reasons set forth at the hearing on July 26, 2021, Plaintiff's motion to vacate the August 2019 arbitration award, ECF No. 2, is hereby DENIED. Defendant's motion to confirm the award, ECF No. 14, is hereby GRANTED. Accordingly, the case is DISMISSED with prejudice.

Date: July 27, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge